1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JERINA LOUISE TRAISTER,              Case No. EDCV 12-1662-SS

12              Plaintiff,
                                         **JUDGMENT**
13       v.

14  CAROLYN W. COLVIN Commissioner
    of the Social Security
15  Administration,

16              Defendant.

17

18

19

20      IT IS ADJUDGED that the decision of the Commissioner is

21  AFFIRMED and that the above-captioned action is dismissed with

22  prejudice.

23

24  DATED:  January 13, 2014

25                          _____
                                    /S/
26                          SUZANNE H. SEGAL
                            UNITED STATES MAGISTRATE JUDGE

27

28